UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-MJ-8489-BER
CASE NO. 22-MJ-8533-BER
CASE NO. 22-MJ-8534-BER
CASE NO. 22-MJ-8547-BER
CASE NO. 22-MJ-8548-BER
CASE NO. 22-MJ-8549-BER
CASE NO. 22-MJ-8550-BER

IN RE SEALED SEARCH WARRANT

_____/

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that Elizabeth J. Shapiro, Deputy Director of Federal Programs Branch, Civil Division, United States Department of Justice, hereby enters her appearance as counsel of record for the United States of America in the above-captioned matter.

Date: July 28, 2023

Respectfully submitted,

*/s/Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
Deputy Director (D.C. Bar. No. 418925)
Special Bar ID #A5502352
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov