UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8489-BER
CASE NO. 22-MJ-8533-BER
CASE NO. 22-MJ-8534-BER
CASE NO. 22-MJ-8547-BER
CASE NO. 22-MJ-8548-BER
CASE NO. 22-MJ-8549-BER
CASE NO. 22-MJ-8550-BER

IN RE SEALED SEARCH WARRANTS
_____/

**ORDER**

The United States' motion for an extension of time to respond to the Motions to Unseal filed in the above-captioned cases is GRANTED. The United States shall respond on or before August 18, 2023. The Movants may reply on or before August 25, 2023.

**DONE and ORDERED** this 1st day of August, 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE