UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8489-BER
CASE NO. 22-MJ-8533-BER
CASE NO. 22-MJ-8534-BER
CASE NO. 22-MJ-8547-BER
CASE NO. 22-MJ-8548-BER
CASE NO. 22-MJ-8549-BER
CASE NO. 22-MJ-8550-BER

IN RE: SEALED SEARCH WARRANTS

_____/

**OMNIBUS ORDER**

Media organizations ("the Media Coalition") filed a motion to intervene and to unseal search warrant materials in each of the above-captioned matters. In its *ex parte* sealed responses, the Government does not oppose partially unsealing these materials. I have reviewed the motion, the Government's responses, and the sealed materials. There is good cause to continue partially sealing the search warrant materials to protect (1) investigative sources and methods, including the identity of witnesses, (2) the identities of uncharged persons, and (3) grand jury materials.

WHEREFORE, it is ORDERED that:

1. The following Motions to Intervene and to Unseal Search Warrant Materials are GRANTED IN PART and DENIED IN PART:

| Case Number | Docket Entry |
|---|---|
| 22-MJ-8489-BER | 6 |
| 22-MJ-8533-BER | 6 |
| 22-MJ-8534-BER | 6 |
| 22-MJ-8547-BER | 5 |
| 22-MJ-8548-BER | 5 |

| | |
|---|---|
| 22-MJ-8549-BER | 5 |
| 22-MJ-8550-BER | 6 |

The Media Coalition is granted leave to intervene. The search warrant materials shall be partially unsealed. The Government's proposed redactions are adopted. On or before 5:00 p.m. Eastern time on August 28, 2023, the Government shall file the redacted materials on the public docket in each matter.

2. The following Government's motions to seal responses are GRANTED:

| Case Number | Docket Entry |
|---|---|
| 22-MJ-8489-BER | 11 |
| 22-MJ-8533-BER | 12 |
| 22-MJ-8534-BER | 11 |
| 22-MJ-8547-BER | 10 |
| 22-MJ-8548-BER | 10 |
| 22-MJ-8549-BER | 10 |
| 22-MJ-8550-BER | 11 |

On or before 5:00 p.m. Eastern time on September 1, 2023, the Government shall file under seal proposed redacted versions of its *ex parte* responses.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 23rd day of August 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE