UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8489-BER
CASE NO. 22-MJ-8533-BER
CASE NO. 22-MJ-8534-BER
CASE NO. 22-MJ-8547-BER
CASE NO. 22-MJ-8548-BER
CASE NO. 22-MJ-8549-BER
CASE NO. 22-MJ-8550-BER

IN RE: SEALED SEARCH WARRANTS

_____/

**OMNIBUS ORDER**

On September 1, 2023, the United States submitted *in camera* a proposed redacted version of its responses to the Motions to Intervene and to Unseal Search Warrant Materials in the above-captioned cases. There is good cause for the proposed redactions that overcomes any public right of access.

WHEREFORE, it is ORDERED that on or before 5:00 p.m. Eastern time on September 8, 2023, the United States shall file the redacted responses in the public record in each of the above-captioned cases.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 5th day of September 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE